**Order filed February 1, 2022.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-21-00469-CV

_____

### UNIQUE  MICA GREEN, Appellant

### V.

### SHAWNTONYA  LAVINGHOUSEZ, Appellee

---

**On Appeal from the 412th District Court**
**Brazoria County, Texas**
**Trial Court Cause No. 109650-CV**

---

## O R D E R

No reporter's record has been filed in this case.  The official court reporter for the 412th District Court informed this court that appellant had not made arrangements for payment for the reporter's record.  On January 4, 2022, the clerk of this court notified appellant that we would consider and decide those issues that do not require a reporter's record unless appellant, within 15 days of notice, provided this court with proof of payment for the record.  _See_ Tex. R. App. P. 37.3(c).  Appellant filed no reply.

Accordingly, we order appellant to file a brief in this appeal within **thirty days** of the date of this order.  If appellant fails to comply with this order, the court will dismiss the appeal for want of prosecution.  _See_ Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Poissant, and Wilson.